

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Colin Bollers | : | CHAPTER 13 |
| | Debtor | : | BANKRUPTCY NO. 18-15988-mdc |

### DEBTOR'S APPLICATION FOR EXTENSION OF TIME
### TO FILE REQUIRED DOCUMENTS

Debtor applies to this court for an extension of time on the following grounds:

1. On September 10, 2018, the debtor filed a voluntary petition under chapter 13 in this court.

2. Pursuant to Bankruptcy Rule 1007(c), the deadline for the filing of the debtors' schedules is fourteen (14) days from the filing of the petition, or September 24, 2018.

3. The petition was prepared and filed quickly in order to stop the foreclosure of the debtor's mortgage.

4. It is anticipated that a short extension until October 8, 2018, will be sufficient to prepare the schedules and other required documents.

5. No prior extensions have been requested in this matter and no creditors will suffer prejudice if this extension is granted.

6. A copy of this application has been served upon the chapter 13 trustee.

WHEREFORE, the debtor requests that this court grant an extension of time in which he may file the required documents in this bankruptcy case.

*Colin A Bollers*
Colin Bollers
Pro Se Debtor