## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Colin Bollers           :        CHAPTER 13

            Debtor                  :        BANKRUPTCY NO. 18-15988-mdc

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the attached application for extension of time to file required documents was served upon William Miller, the Chapter 13 Trustee at

WILLIAM C. MILLER
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105


DATE: September 24, 2018                    *Colin A Bollers*
                                            Colin Bollers
                                            Pro Se Debtor

North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140

September 11, 2018

Colin Bollers
120 West Sharpnack Street
Philadelphia, PA 19119

RE: **Lakeview Loan Servicing v. Bollers, CCP No. 170802887**
**Chapter 13 Bankruptcy,**

Dear Mr. Bollers,

I have learned that you filed for bankruptcy on September 10. Enclosed is a copy of the court order outlining the other documents that you must now file. Without these documents your bankruptcy will be incomplete and can be dismissed. These documents are due by September 24. To get more time, you need to file the enclosed motion before September 24. You need to sign the motion in 2 places. Please file this motion on the 4th Floor at 9th and Market no later than Friday, September 21, 2018. If you file this motion on time, you may have until October 8 to file the additional papers. This will get you past the next sheriff's sale date in October. After you file it, you need to mail a copy to the Trustee at the PO Box noted on the motion.

Included with this letter is a list of lawyers who do bankruptcy cases. I recommend you contact one immediately. Although it is possible to do a bankruptcy on your own, it can be complicated. A chapter 13 bankruptcy requires you to start paying your mortgage again each month and also to give the bankruptcy Trustee installments on the payments that were missed before you filed for bankruptcy. You can pay up to 60 of these installments, over 5 years. Although it can be a struggle to keep a bankruptcy going, this is the only sure way to save your home.

I am sorry that the judge on September 10 denied your request to postpone the Sheriff's sale. And I am sorry that CLS cannot do more to help you in your efforts to try to save your home. You are always welcome to return to CLS if you have another legal issue in the future.

Sincerely,

Robert Lukens
Intake Unit Supervisor