IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       Colin Bollers            :        CHAPTER 13

             Debtor                   :        BANKRUPTCY NO. 18-15988-mdc

## ORDER

AND NOW, this ___1st___ day of ~~September~~ October 2018, upon consideration of the debtor's application for extension of time to file debtor's schedules, it is hereby ORDERED that said application is GRANTED and that the debtor shall have until October 8, 2018, to file the required documents.

_____
Magdeline D. Coleman, B.J.

cc:    WILLIAM C. MILLER
       Chapter 13 Trustee
       P.O. Box 1229
       Philadelphia, PA 19105