United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-15988-mdc
Colin Alfred Bollers                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1              Date Rcvd: Oct 01, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
db              +Colin Alfred Bollers,    120 West Sharpneck Street,    Philadelphia, PA 19119-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                   TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Colin Bollers    :    CHAPTER 13

          Debtor    :    BANKRUPTCY NO. 18-15988-mdc

## ORDER

AND NOW, this ___1st___ day of ~~September~~ October 2018, upon consideration of the debtor's application for extension of time to file debtor's schedules, it is hereby ORDERED that said application is GRANTED and that the debtor shall have until October 8, 2018, to file the required documents.

_Magdeline D. Coleman_
Magdeline D. Coleman, B.J.

cc:    WILLIAM C. MILLER
     Chapter 13 Trustee
     P.O. Box 1229
     Philadelphia, PA 19105