**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Colin Alfred Bollers | | |
| | : | |
| Debtor | : | Bankruptcy No. 18-15988MDC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/10/2018 and extended to 10/8/2018, this case is hereby DISMISSED.

October 15, 2018

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
    Chapter 13 Plan
    Schedules A-J
    Statement of Financial Affairs
    Summary of Assets & Liabilities  B106
    Chapter 13  Income  Form 122C-1
    Means Test Calculation 122C-2

bfmisdoc