United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15988-mdc
Colin Alfred Bollers                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 1             Date Rcvd: Oct 15, 2018
                              Form ID: pdf900             Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db            +Colin Alfred Bollers,    120 West Sharpneck Street,    Philadelphia, PA 19119-4033
14198896      +Lakeview Loan Srving LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14194385      +PECO Energy,    2361 Market Street,    Philadelphia, PA 19161-0001
14194386      +Philadelphia Gas Works,    800 w. Montgomery Ave,    Philadelphia, PA 19122-2898
14194387      +Water Revenue,    Law Department, 15th Floor,    One Parkway Building,    1515 Arch Street,
               Philadelphia, PA 19102-1501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 16 2018 02:15:05     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:14:44
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2018 02:14:57    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14194384       E-mail/Text: megan.harper@phila.gov Oct 16 2018 02:15:06     City of Philadelphia,
               Dept of Revenue,    1401 JFK Blvd.,    Municipal Services Bldg.,    Philadelphia, PA 19192
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Colin Alfred Bollers | | |
| | : | |
| Debtor | : | Bankruptcy No. 18-15988MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/10/2018 and extended to 10/8/2018, this case is hereby DISMISSED.

October 15, 2018

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
  Chapter 13 Plan
  Schedules A-J
  Statement of Financial Affairs
  Summary of Assets & Liabilities  B106
  Chapter 13  Income  Form 122C-1
  Means Test Calculation 122C-2

bfmisdoc